# FOR PUBLICATION

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

CONFEDERATED TRIBES OF SILETZ
INDIANS OF OREGON; SMOKEY POINT
HARDWOOD, INC.,
      *Plaintiffs,*

   and

ROSS-SIMMONS HARDWOOD LUMBER
COMPANY, INC.,
     *Plaintiff-Appellee,*

   v.

WEYERHAEUSER COMPANY,
   *Defendant-Appellant.*

Nos. 03-35669
  03-35984

D.C. No.
CV-00-01693-OMP

ORDER

On Remand From The United States Supreme Court

Filed April 11, 2007

Before: Thomas G. Nelson and Johnnie B. Rawlinson,
Circuit Judges, and William W Schwarzer,*
Senior District Judge.

---

## COUNSEL

Stephen V. Bomse, M. Laurence Popofsky and Heather N. Leal, Heller Ehrman White & McAuliffe LLP, San Francisco, California, for the appellant.

Michael E. Haglund, Haglund, Kelley, Horngren & Jones,

---

*The Honorable William W Schwarzer, Senior United States District Judge for the Northern District of California, sitting by designation.

LLP, and Roy Pulvers, Lindsay, Hart, Neil & Weigler, LLP, Portland, Oregon, for the appellee.

## ORDER

The judgment of the district court is vacated and the case is remanded to the district court for further proceedings consistent with the decision of the Supreme Court of the United States in *Weyerhaeuser Co. v. Ross-Simmons*, 127 S.Ct. 1069 (2007).

In fulfilling this mandate, the district court may hold such hearings and enter such orders as it deems appropriate.

IT IS SO ORDERED.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2007 Thomson/West.